AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                               District of Massachusetts

Alfred Feliciano

V.                                    **SUMMONS IN A CIVIL ACTION**

Globalware Solutions, Inc.,
Tony Rudston, and Gary Lortie        CASE NUMBER: 04-12461 GAO

TO: (Name and address of Defendant)

Gary Lortie
9 Walnut Hill Road
Millis, MA 02054-1051

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Waterman
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  NOV 22 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE: November 29, 2004 |
| NAME OF SERVER (PRINT): Paul Campbell | TITLE: C&C Constables |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Gary Lortie @ 9 Walnut Hill Road, Millis, MA 02054.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $40.00/ 0.37 Postage | $40.37 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 29, 2004
         Date                    Signature of Server

COMMONWEALTH OF MASSACHUSETTS
C & C CONSTABLE'S & ASSOCIATES INC.
PO BOX 1023
LYNNFIELD MA 01940-9991

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Alfred Feliciano

V.

Globalware Solutions, Inc.
Tony Rudston, and Gary Lortie

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12461 GAO

TO: (Name and address of Defendant)

Globalware Solutions, Inc.
200 Ward Hill Avenue
Haverhill, MA 01834-6972

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Waterman
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE   NOV 22 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 29, 2004 |
| NAME OF SERVER *(PRINT)* Paul Campbell | TITLE C&C Constables |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   Mike Leiss, President
   Globalware Solutions Inc, 200 Ward Hill Ave, Haverhill MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40.00/ 0.37 Postage | TOTAL $40.00  $40.37 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 29, 2004                *[signature]  Paul Campbell*
              Date                              Signature of Server

                                    COMMONWEALTH OF MASSACHUSETTS
                                    C & C CONSTABLE'S & ASSOCIATES INC.
                                              PO BOX 1023
              Address of Server             LYNNFIELD MA 01940-9991

SCANNED DATE: 12-7-04 BY: P

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern  District of Massachusetts

Alfred Feliciano

V.

Globalware Solutions, Inc.,
Tony Rudston, and Gary Lortie

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12461 GAO

TO: (Name and address of Defendant)

Tony Rudston
Globalware Solutions, Inc.
200 Ward Hill Avenue
Haverhill, MA 01834-6972

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Waterman
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 22 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE November 29, 2004 |
| NAME OF SERVER (PRINT) Paul Campbell | TITLE C&C Constables |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Tony Rudston @

Globalware Solutions Inc, 200 Ward Hill Ave, Haverhill, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $40.00/ 0.37 Postage | TOTAL $40.37 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 29, 2004
                       Date                                    Signature of Server

Address of Server:
COMMONWEALTH OF MASSACHUSETTS
C & C CONSTABLE'S & ASSOCIATES INC.
PO BOX 1023
LYNNFIELD MA 01940-9991

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.