UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED FELICIANO,<br><br>             Plaintiff,<br><br>v.<br><br>GLOBALWARE SOLUTIONS, INC.<br>TONY RUDSTON, and<br>GARY LORTIE,<br><br>             Defendants. | Civil Action No. 04-12461-GAO |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, the defendants GlobalWare Solutions, Inc., Tony Rudston, and Gary Lortie hereby move to dismiss the Complaint for insufficiency of service of process. The grounds for this motion are set forth in the accompanying Memorandum In Support of Defendants' Motion to Dismiss.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Defendants certify that on December 17, 2004 Attorney Mark Burak conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issues.

Respectfully submitted,

GLOBALWARE SOLUTIONS, INC.,
TONY RUDSTON, and GARY LORTIE

By their attorneys,

*/s/ Scott J. Connolly*
Mark H. Burak, BBO # 558805
Sandra E. Kahn, BBO # 564510
Scott J. Connolly, BBO # 651007
MORSE, BARNES-BROWN & PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

Dated: December 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on December 20, 2004.

*/s/ Scott J. Connolly*
Scott J. Connolly