UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
ALFRED FELICIANO,                )
                                 )   Civil Action No.  04-12461
          Plaintiff,             )
                                 )
     v.                          )
                                 )
GLOBALWARE SOLUTIONS, INC.,      )
TONY RUDSTON, and                )
GARY LORTIE                      )
                                 )
          Defendants.            )
_____)

**ASSENTED TO MOTION TO EXTEND TIME TO FILE**
**<u>OPPOSITION TO MOTION TO DISMISS</u>**

Plaintiff hereby submits this Assented to Motion to Extend the time in which Plaintiff may file his Opposition to Defendants' Motion to Dismiss ("Opposition"). Plaintiff's Opposition is currently due on January 4, 2005. Plaintiff has requested an additional ten (10) days in which to file its Opposition, which counsel for Defendants' has assented to. Plaintiff requires this additional time because of the scheduling difficulties with the necessary parties over the holiday week and because he is considering alternatives to the filing of an Opposition.

For the foregoing reasons, the parties respectfully request that the Court allow the Assented to Motion to Extend.

Respectfully submitted,

| Defendants, | Plaintiff, |
|---|---|
| **GLOBALWARE SOLUTIONS, INC., TONY RUDSTON, and GARY LORTIE** | **ALFRED FELICIANO** |
| By their attorneys, | By his attorneys, |
| /s/ Scott J. Connolly (CMW - w/ permission) | /s/ Christopher M. Waterman |
| Mark H. Burak, BBO# 558805 | Joseph L. Demeo, BBO# 561254 |
| Sandra E. Kahn, BBO# 564510 | Christopher M. Waterman, BBO# 564303 |
| Scott J. Connolly, BBO# 651007 | Demeo & Associates, P.C. |
| Morse, Barnes-Brown & Pendleton, P.C. | One Lewis Wharf |
| 1601 Trapelo Road | Boston, MA 02110 |
| Waltham, MA 02451 | (617) 263-2600 |
| (781)622-5930 | |

Dated: December 29, 2004