AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

FILED IN CLERKS OFFICE

2005 JAN 18 P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

Alfred Feliciano

V.

Globalware Solutions, Inc.
Tony Rudston, and Gary Lortie

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 CV 12461 GAO**

TO: (Name and address of Defendant)

Globalware Solutions, Inc.
200 Ward Hill Avenue
Haverhill, MA 01834-6972

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Waterman.
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                   Dec. 23, 2004
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/5/05 |
| NAME OF SERVER (PRINT) Thomas McNair, Jr. | TITLE Special process server as appointed by 4C motion |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served in hand upon CT Corp., 101 Federal St. Boston, MA to Yvette Concepcion.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $40.00 | TOTAL $0.00x $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/5/05
           Date

Signature of Server: *Thomas McNair Jr.*

COMMONWEALTH OF MASSACHUSETTS
C & C CONSTABLE'S & ASSOCIATES INC.
PO BOX 1023
LYNNFIELD MA 01940-9991

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

**FILED IN CLERK'S OFFICE**
**2005 JAN 18 P 3: 16**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS**

Alfred Feliciano

V.

Globalware Solutions, Inc., Tony Rudston, and Gary Lortie

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 cv 12461 GAO

TO: (Name and address of Defendant)

Gary Lortie
9 Walnut Hill Road
Millis, MA 02054-1051

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Waterman
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          Dec 23, 2004
CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 8, 2005 |
| NAME OF SERVER (PRINT) Thomas McNair Jr. | TITLE Special Process server as appointed by 4C motion |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  9 Walnut Hill Road
  Millis, MA  02054

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $15.07 | SERVICES $40.00 | TOTAL $0.00 x $55.07 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/05
             Date

Signature of Server

COMMONWEALTH OF MASSACHUSETTS
C & C CONSTABLE'S & ASSOCIATES INC.
PO BOX 1023
LYNNFIELD MA 01940-9991

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Alfred Feliciano

V.

Globalware Solutions, Inc.,
Tony Rudston, and Gary Lortie

**SUMMONS IN A CIVIL ACTION**

FILED
IN CLERKS OFFICE
2005 JAN 18 P 3: 14
U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

**04 CV 12461 GAO**

TO: (Name and address of Defendant)

Tony Rudston
Globalware Solutions, Inc.
200 Ward Hill Avenue
Haverhill, MA 01834-6972

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Waterman, Esq.
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                      Dec. 23, 2004
_____                   _____
CLERK                                             DATE

_Gina Edge_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>Jan. 12, 2005 |
| NAME OF SERVER (PRINT)<br>Paul Campbell | TITLE<br>Special process server as appointed by 4C motion |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served in hand to Nina Peterson, Globalware Solutions, Inc. 200 Ward Hill Avenue, Haverhill, MA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$40.00 | TOTAL $0.00  $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/05
             Date

Signature of Server

C & C CONSTABLE'S & ASSOCIATES INC.
PO BOX 1023
LYNNFIELD MA 01940-9991

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.