UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED FELICIANO,<br><br>          Plaintiff,<br><br>v.<br><br>GLOBALWARE SOLUTIONS, INC.<br>TONY RUDSTON, and<br>GARY LORTIE,<br><br>          Defendants. | Civil Action No. 04-12461-GAO |

**ASSENTED-TO MOTION OF DEFENDANT GLOBALWARE SOLUTIONS, INC.
AND GARY LORTIE TO ENLARGE TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants GlobalWare Solutions, Inc. ("GlobalWare") and Gary Lortie hereby move to enlarge the time within which they must answer Plaintiff's Complaint to and including February 11, 2005. Counsel for Plaintiff has assented to this requested extension. As grounds for their request, Defendants GlobalWare and Gary Lortie state that they have recently reached agreement with counsel for Plaintiff to withdraw their motion to dismiss for failure to serve process and now need the requested additional time to prepare their responses to Plaintiff's Complaint.

Respectfully submitted,

| ALFRED FELICIANO | GLOBALWARE SOLUTIONS, INC. and GARY LORTIE |
|---|---|
| By his attorneys, | By their attorneys, |
| *Christopher M. Waterman /JLD* | *Scott J. Connolly* |
| Joseph L. Demeo, BBO # 561254 | Mark H. Burak, BBO # 558805 |
| Christopher M. Waterman, BBO # 564303 | Sandra E. Kahn, BBO # 564510 |
| DEMEO & ASSOCIATES, P.C. | Scott J. Connolly, BBO # 651007 |
| One Lewis Wharf | MORSE, BARNES-BROWN & |
| Boston, MA 02110 | PENDLETON, P.C. |
| (617) 263-2600 | Reservoir Place |
|  | 1601 Trapelo Road |
|  | Waltham, MA 02451 |
|  | (781) 622-5930 |

Dated: January 24, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Christopher M. Waterman, Esq., attorney for Plaintiff, by first class mail on January 24, 2005.

*Scott J. Connolly*
Scott J. Connolly

2