UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



ALFRED FELICIANO,

    Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC.
TONY RUDSTON, and
GARY LORTIE,

    Defendants.

Civil Action No. 04-12461-GAO

## DEFENDANT GLOBALWARE SOLUTIONS, INC'S DISCLOSURE STATEMENT PURSUANT TO FED.R. CIV. P. 7.1 AND LOCAL RULE 7.3

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant GlobalWare Solutions, Inc. ("GlobalWare"), by and though its counsel, states as follows:

1.     GlobalWare does not have a parent corporation;

2.     No publicly held corporation owns 10% or more of GlobalWare stock.

    GLOBALWARE SOLUTIONS, INC.

    By its attorneys,

    Mark H. Burak, BBO # 558805
    Sandra E. Kahn, BBO # 564510
    Scott J. Connolly, BBO # 651007
    MORSE, BARNES-BROWN & PENDLETON, P.C.
    Reservoir Place
    1601 Trapelo Road
    Waltham, MA 02451
    (781) 622-5930

Dated: January 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on January 18, 2005.

_____
Scott J. Connolly