COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

ALFRED FELICIANO,

    *Plaintiff*,

v.

GLOBALWARE SOLUTIONS, INC. TONY RUDSTON and GARY LORTIE,

    *Defendants*.

and

GLOBALWARE SOLUTIONS, INC. and GARY LORTIE,

    *Third-Party Plaintiffs*,

v.

JAMES R. BARTLETT and SCOTT BERNSTEIN,

    *Third-Party Defendants*.

Civil Action No. 04-12461-GAO

## NOTICE OF APPEARANCE FOR THIRD-PARTY DEFENDANTS JAMES R. BARTLETT AND SCOTT BERNSTEIN

The undersigned hereby give notice of their appearance in this action for Third-Party Defendants James R. Bartlett and Scott Bernstein.

Third-Party Defendants,

**JAMES R. BARTLETT and
SCOTT BERNSTEIN,**

By their attorneys,

_____
Thomas S. Fitzpatrick/BBO #556453
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

Dated: April 5, 2005

## CERTIFICATE OF SERVICE

I, Thomas S. Fitzpatrick, hereby certify that on April 5, 2005, I served copies of this Notice Of Appearance as follows:

by first class mail to:

| | |
|---|---|
| Christopher M. Waterman, Esq.<br>Demeo & Associates<br>227 Lewis Wharf<br>Boston, MA 02110 | Mark Burak, Esq.<br>Morse, Barnes-Brown & Pendelton, P.C.<br>1601 Trapelo Road<br>Waltham, MA 02451 |

by e-mail to:

| | |
|---|---|
| cwaterman@jdemeo.com | mhb@mbbp.com |

_____
Thomas S. Fitzpatrick

360276v.1