UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED FELICIANO,<br><br>          Plaintiff,<br><br>v.<br><br>GLOBALWARE SOLUTIONS, INC.<br>TONY RUDSTON, and<br>GARY LORTIE,<br><br>          Defendants.<br><br>and<br><br>GLOBALWARE SOLUTIONS, INC.,<br>and GARY LORTIE,<br><br>          Third-Party Plaintiffs,<br><br>v.<br><br>JAMES R. BARTLETT and<br>SCOTT BERNSTEIN,<br><br>          Third-Party Defendants. | Civil Action No. 04-12461-GAO |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Third Party Plaintiffs GlobalWare Solutions, Inc. and Gary Lortie, by their authorized undersigned representatives, hereby dismiss their Third Party Complaint as against Third Party Defendant Scott Bernstein without prejudice.

Respectfully submitted,

GLOBALWARE SOLUTIONS, INC.,
and GARY LORTIE

By their attorneys,

_/s/ Scott J. Connolly_____
Mark H. Burak, BBO # 558805
Sandra E. Kahn, BBO # 564510
Scott J. Connolly, BBO # 651007
MORSE, BARNES-BROWN & PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930
(781) 622-5933 (facsimile)

Dated: April __, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on April __, 2005.

_/s/ Scott J. Connolly_____
Scott J. Connolly