# United States District Court

DISTRICT OF Massachusetts

FILED
CLERKS OFFICE

PLAINTIFF
ALFRED FELICIANO

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFFS
GLOBALWARE SOLUTIONS, INC. and
GARY LORTIE

CASE NUMBER: 04CV12461 GAO

V. THIRD PARTY DEFENDANTS
JAMES R. BARTLETT and
SCOTT BERNSTEIN

TO: (Name and address of Third Party defendant)   James R. Bartlett
672 Chestnut Street
Lynnfield, MA 01940

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Christopher M. Waterman<br>Demeo & Associates, P.C.<br>One Lewis Wharf<br>Boston, MA 02110 | Scott J. Connolly<br>Morse, Barnes-Brown & Pendleton, P.C.<br>Reservoir Place<br>1601 Trapelo Road<br>Waltham, MA 02451 |

an answer to the third-party complaint which is herewith served upon you within 20 __ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE   FEB 2 2 2005

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 12 APRIL 2005 |
| NAME OF SERVER | TITLE |
| Scott J. Connolly, Esq. | Counsel for Third Party Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Counsel of record for Third Party Defendant James R. Bartlett agreed to accept service of process. (See Attached Acknowledgment of Service dated April 1, 2005.)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _April 1, 2005_        _[signature]_
            Date                    Signature of Server

Address of Server

Morse, Barnes-Brown & Pendleton, P.C.
1601 Trapelo Road
Waltham, MA 02451

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ACKNOWLEDGMENT OF SERVICE

     I, Thomas S. Fitzpatrick, Esq., acknowledge that I have been authorized to accept service of process on behalf of Third Party Defendant James R. Bartlett. I have received a copy of the Third Party Summons and a copy of the Third Party Complaint.

                                                          */s/ Thomas S. Fitzpatrick*
                                                          Thomas S. Fitzpatrick, Esq.

Dated: April 1, 2005