UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALFRED FELICIANO,         )
                          )   Civil Action No. 04-12461 GAO
        Plaintiff,        )
                          )
v.                        )
                          )
GLOBALWARE SOLUTIONS, INC.,)
TONY RUDSTON, and         )
GARY LORTIE               )
                          )
        Defendants.       )

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the Plaintiff, Alfred Feliciano and his counsel certify they have conferred (i) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and (ii) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Alfred Feliciano

by his attorneys,

_____
Joseph L. Demeo, BBO# 561254
Christopher M. Waterman, BBO# 641190
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/HAND ON 8-3-05

Dated: July 18, 2005