UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALFRED FELICIANO,

    Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC. and
GARY LORTIE,

    Defendants.

and

GLOBALWARE SOLUTIONS, INC.,
and GARY LORTIE,

    Third-Party Plaintiffs,

v.

JAMES R. BARTLETT,

    Third-Party Defendant.

Civil Action No. 04-12461-GAO

## **DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), Defendants GlobalWare Solutions, Inc. and Gary Lortie, and their counsel affirm that they have conferred:

    (a)    with a view to establishing a budget for future costs of conducting the full course—and various alternative courses—of litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

GLOBALWARE SOLUTIONS, INC.

By: *[signature]*
    *Dir of HR*

GlobalWare Solutions, Inc.
200 Ward Hill
Haverhill, MA 01835

GARY LORTIE

*[signature]*
Mark H. Burak, BBO # 55880
Sandra E. Kahn, BBO # 564510
Scott J. Connolly, BBO # 651007
MORSE, BARNES-BROWN &
PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

Attorneys for Defendants

Dated: ~~June~~ Sept. 30, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on ~~June~~ Sept. 30 2005.

*[signature]*
Scott J. Connolly

Respectfully submitted,

GLOBALWARE SOLUTIONS, INC.

By: _____
Timothy Losik, Chief Financial Officer
GlobalWare Solutions, Inc.
200 Ward Hill
Haverhill, MA 01835

*GARY LORTIE* (signature)

_____
Mark H. Burak, BBO # 55880
Sandra E. Kahn, BBO # 564510
Scott J. Connolly, BBO # 651007
MORSE, BARNES-BROWN &
PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

Attorneys for Defendants

Dated: September 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on September ___, 2005.

_____
Scott J. Connolly