COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED FELICIANO,<br><br>    *Plaintiff*,<br><br>v.<br><br>GLOBALWARE SOLUTIONS, INC. TONY RUDSTON and GARY LORTIE,<br><br>    *Defendants*.<br><br>and<br><br>GLOBALWARE SOLUTIONS, INC. and GARY LORTIE,<br><br>    *Third-Party Plaintiffs*,<br><br>v.<br><br>JAMES R. BARTLETT,<br><br>    *Third-Party Defendant*. | Civil Action No. 04-12461-GAO |

## THIRD-PARTY DEFENDANT JAMES R. BARTLETT'S CERTIFICATION PURSUAUNT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Third-Party Defendant James R. Bartlett and his counsel hereby certify that they have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course— and various alternative courses—of litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Third-Party Defendant,

**JAMES R. BARTLETT,**

_____
James R. Bartlett

By his attorneys,

_____
Thomas S. Fitzpatrick/BBO #556453
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

Dated: October 17, 2005

### CERTIFICATE OF SERVICE

I, Thomas S. Fitzpatrick, hereby certify that on October 17, 2005, I served copies of this Certification as follows:

by first class mail to:

Christopher M. Waterman, Esq.
Demeo & Associates
227 Lewis Wharf
Boston, MA 02110

Mark Burak, Esq.
Morse, Barnes-Brown & Pendelton, P.C.
1601 Trapelo Road
Waltham, MA 02451

_____
Thomas S. Fitzpatrick