UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
|                                         )
| ALFRED FELICIANO,                       )
|                                         )   Civil Action No.  04-12461
|           Plaintiff,                    )
|                                         )
|      v.                                 )
|                                         )
| GLOBALWARE SOLUTIONS, INC.,             )
| GARY LORTIE                             )
|                                         )
|           Defendants.                   )
| _____                      )
|                                         )
| GLOBALWARE SOLUTIONS, INC.,             )
| and GARY LORTIE,                        )
|                                         )
|           Third Party Plaintiffs        )
|                                         )
|      v.                                 )
|                                         )
| JAMES BARTLETT,                         )
|                                         )
|           Third Party Defendant         )
|_____)

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The parties hereby submit this Assented to Motion to Continue the Scheduling Conference from December 8, 2005 to January 3, 4, 5, or 10, 2006, or any date convenient for this Court. The Scheduling Conference is currently set for December 8, 2005, and counsel for Plaintiff Alfred Feliciano has a pre-existing commitment to participate in a mediation. The mediation date has recently been confirmed after months of attempting to coordinate the schedules of counsel and the three parties in the matter. As indicated above, counsel for the parties in this action have assented to this Motion to Continue.

For the foregoing reasons, the parties respectfully request that the Court allow the Assented to Motion to Continue the Scheduling Conference.

Respectfully submitted,

| Defendants, | Plaintiff, |
|---|---|
| **GLOBALWARE SOLUTIONS, INC., and GARY LORTIE** | **ALFRED FELICIANO** |
| By their attorneys, | By his attorneys, |
| /s/ Mark Burak (by CMW - w/ permission) | /s/ Christopher M. Waterman |
| Mark H. Burak, BBO# 558805 | Joseph L. Demeo, BBO# 561254 |
| Sandra E. Kahn, BBO# 564510 | Christopher M. Waterman, BBO# 564303 |
| Scott J. Connolly, BBO# 651007 | Demeo & Associates, P.C. |
| Morse, Barnes-Brown & Pendleton, P.C. | One Lewis Wharf |
| 1601 Trapelo Road | Boston, MA 02110 |
| Waltham, MA 02451 | (617) 263-2600 |
| (781)622-5930 | |

Third Party Defendant

JAMES BARTLETT

By His Attorney

/s/ Thomas Fitzpatrick (by CMW - w/ permission)
Thomas S. Fitzpatrick/BBO #556453
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA  02108
(617) 367-2500


Dated:  October 24, 2005