UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 APR 27  P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALFRED FELICIANO,

    Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC. and
GARY LORTIE,

    Defendants.

and

GLOBALWARE SOLUTIONS, INC.,
and GARY LORTIE,

    Third-Party Plaintiffs,

v.

JAMES R. BARTLETT,

    Third-Party Defendant.

Civil Action No. 04-12461-GAO

## WITHDRAWAL OF APPEARANCE

    Please withdraw my appearance as counsel for Defendants and Third Party Plaintiffs. Mark H. Burak and Scott J. Connolly of Morse, Barnes-Brown & Pendleton will remain as counsel for Globalware Solutions, Inc. and Gary Lortie.

                              Respectfully submitted,

                              */s/ Sandra E. Kahn*
                              Sandra E. Kahn BBO#564510
                              MORSE, BARNES-BROWN & PENDLETON, P.C.
                              Reservoir Place
                              1601 Trapelo Road
                              Waltham, MA 02451
                              (781) 622-5930
                              (781) 622-5933 (facsimile)

Dated: April 25, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Complainant by first class mail on April 25, 2007.

*Sandra E. Kahn*
Sandra E. Kahn