UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALFRED FELICIANO,

    Plaintiff,

v.

GLOBALWARE SOLUTIONS, INC.
TONY RUDSTON, and
GARY LORTIE,

    Defendants.

and

GLOBALWARE SOLUTIONS, INC.,
and GARY LORTIE,

    Third-Party Plaintiffs,

v.

JAMES R. BARTLETT,

    Third-Party Defendant.

Civil Action No. 04-12461-GAO

## STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by their authorized undersigned representatives, hereby stipulate and agree that the Plaintiff's Complaint against Defendants, and Defendants' counterclaims against Plaintiff, shall be, and hereby are, dismissed with prejudice, without costs or attorneys' fees and with all rights of appeal being waived. The third party claims are the subject of a motion to dismiss without prejudice due to lack of subject matter jurisdiction which will be filed concurrently.

                Respectfully submitted,

| ALFRED FELICIANO | GLOBALWARE SOLUTIONS, INC. and GARY LORTIE |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Christopher M. Waterman | /s/ Mark H. Burak |
| Joseph L. Demeo, BBO # 561254 | Mark H. Burak, BBO # 558805 |
| Christopher M. Waterman, BBO #641190 | Scott J. Connolly, BBO # 651007 |
| Demeo & Associates, P.C. | MORSE, BARNES-BROWN |
| One Lewis Wharf | & PENDLETON, P.C |
| Boston, MA 02110 | Reservoir Place |
| (617) 263-2600 | 1601 Trapelo Road |
|  | Waltham, MA 02451 |
|  | (781) 622-5930 |

JAMES R. BARTLETT

By his attorneys,

/s/ Thomas S. Fitzpatrick
Thomas S. Fitzpatrick, BBO # 556453
Davis, Malm & D'Agostine, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

Dated: July 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 17, 2007.

                                                       /s/ Mark H. Burak
                                                       Mark H. Burak